FILED
2020 Feb-07  AM 10:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.* ERIN HORSLEY, | ) | |
| | ) | **CIVIL ACTION NUMBER** |
| Plaintiffs, | ) | **2:19-CV-00229-RDP** |
| | ) | |
| v. | ) | |
| | ) | |
| COMFORT CARE HOME HEALTH; | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS UNRELEASED CLAIMS

The United States moves to dismiss the claims not released in the proposed settlement with Comfort Care Home Health and Woodland Home Health Services-CRMC, LLC, d/b/a Comfort Care Home Health, pursuant to 31 U.S.C. § 3730(c)(2)(a).  The United States seeks a dismissal of these unreleased claims without prejudice to the United States and with prejudice to the Relator.

In support of this motion, and its Motion to Hold Proposed Settlement is Fair, Adequate, and Reasonable, the United States has submitted a separately filed combined brief.

Respectfully submitted,

JAY E. TOWN
UNITED STATES ATTORNEY

/s/ Don B. Long III
Don B. Long III
Clinton Richardson
Assistant U.S. Attorney
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2001
(205) 244-2181 (fax)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**/s/Don B. Long III**
DON B. LONG III
Assistant United States Attorney