# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ex rel. **ERIN HORSLEY,**  Plaintiffs, v.  **COMFORT CARE HOME HEALTH, LLC; et al.,**  Defendants. | Case No.: **2:19-CV-00229-RDP** |

## ORDER

This matter is before the court on the government's motion to hold the proposed settlement as fair, adequate, and reasonable (Doc. # 21), as well as a motion to dismiss all unreleased claims (Doc. # 22). After careful consideration, the government's motions (Docs. # 21, 22) are **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

Costs are taxed as paid.

**DONE** and **ORDERED** this July 15, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE